IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA IRENE EMMERT,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

        Defendant.

Civil No. 10-00813-MO

~~PROPOSED~~ ORDER

Based upon the Stipulation of the parties, it is hereby ordered that EAJA attorney's fees of $7,499.00 shall be awarded to Plaintiff. It is further ordered that costs in the amount of $350.00 shall be awarded to Plaintiff.

The check for EAJA fees and costs payable to Plaintiff shall be mailed to Plaintiff's attorney, as follows:

**Phyllis Burke**
**Attorney at Law**
**3800 N.E. Sandy Blvd., Ste. 226**
**Portland, Oregon 97232.**

IT IS SO ORDERED this __23__ day of __Nov__, 2011.

                                                                     _/s/ Michael W. Mosman_
                                                                       United States District Judge

PRESENTED BY:

/s/ Phyllis Burke
Phyllis Burke OSB # 814597    Date: 11/22/11
Attorney for Plaintiff Emmert
Phone: (503) 460-3200

ORDER